UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO:  SA:17-CR-00882(1)-DAE |
| vs. | § § | |
| (1) Luis Valencia, | § § | |
| Defendant. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a hearing on the MOTION to Dismiss Indictment/Information For Lack of Authority to Prosecute (Acting Attorney General Whitaker Lacks Constitutional Authority) (Dkt no. 164) before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, November 26, 2018 at 09:00 AM**. Government counsel's response to the above mentioned motion is due by close of business day on Monday, November 19, 2018.

IT IS SO ORDERED.

DATED: San Antonio, Texas November 13, 2018.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE